# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Nancy Frey-O'Hara, <br><br> Plaintiff, <br><br> v. <br><br> Stellar Recovery, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:11-cv-00752-HJW |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated January 16, 2012

Respectfully submitted,

/s/ Brian T. McElroy

Brian T. McElroy, Esq. (0073930)
MCELROY LAW, LLC
1991 Crocker Road
Gemini I, Suite 600
Westlake, Ohio 44145
Phone:  (440) 892-3334
Fax:     (440) 892-3336
Email: btm@McElroyLawllc.com

Co-Counsel with:

LEMBERG & ASSOCIATES, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250

Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Nancy Frey-O'Hara

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 16, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Southern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Brian T. McElroy_____

              Brian T. McElroy