UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**NANCY FREY-O'HARA,**

    **Plaintiff**

    **v.**                                                  C-11-752

**STELLAR RECOVERY, INC.**

    **Defendant**

<u>ORDER OF DISMISSAL</u>

Counsel has advised the Court that the above action has been settled as to all claims;

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

                                  <u>S/Herman J. Weber</u>

                                  Herman J. Weber, Senior Judge

                                  United States District Court